UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

==================================================

CHAYA KOHN individually and
on behalf of all others similarly situated

        Plaintiff,

-against-                            Case: 1:17-cv-01131-ERK-SMG

ALLTRAN FINANCIAL, LP F/K/A
UNITED RECOVERY SYSTEMS, L.P.

        Defendant.

==================================================

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 09 2017 ★

BROOKLYN OFFICE

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members other than Plaintiff, if any.

Dated this 7th day of August 2017.

| | |
|---|---|
| /s/ David Palace | /s/ Cindy D. Salvo |
| David Palace, Esq. | Cindy D. Salvo |
| Law Offices of David Palace | The Salvo Law Firm, P.C. |
| 383 Kingston Avenue, #113 | 185 Fairfield Ave, Suite 3C/3D |
| Brooklyn, NY 11213 | West Caldwell, New Jersey 07006 |
| Phone: (347) 651-1077 | (973) 226-2220 |
| Fax: (347) 464-0012 | (973) 900-8800 (fax) |
| Email: davidpalaceesq@gmail.com | csalvo@salvolawfirm.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

So ordered:

s/ Edward R. Korman